UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:05 CV 00619

| | |
|---|---|
| DAMASO NAYOLA, et al. | |
| Plaintiffs, | |
| v. | **DEFAULT JUDGMENT** |
| MICHAEL PAUL BRADSHAW, et al | |
| Defendants. | |

This cause was heard by the undersigned judge on motion of Plaintiffs. It appears to the Court upon the Plaintiffs' affidavits that this is an action on claims for a sum certain or a sum which by computation can be made certain; that personal service was had on Defendant Michael Paul Bradshaw; that the Court has jurisdiction over the subject matter of the action; that Defendant Michael Paul Bradshaw is not under a disability and has failed to plead or appear in the time allowed by law; that default has been entered and that Defendant Michael Paul Bradshaw is indebted to Plaintiffs in the sum of $82,035.00, without setoff or counterclaim, plus attorneys' fees of $27,071.55, and interest at the legal rate from December 17, 2004 through February 16, 2006, of $3,829.00, for a total of $112,935.55.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiffs have and recover of the Defendant Michael Paul Bradshaw the sum of $82,035.00, plus attorneys' fees of $27,071.55, together with interest at the legal rate from December 17, 2004 through February 16, 2006, of $3,829.00, for a total of $112,935.55.

This the 27th day of July, 2006.

                                                            /s/ William L. Osteen
                                                            United States District Judge